JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA HERRERA, | Case No. EDCV 08-1319-VAP (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC., also known as COUNTRYWIDE BANK, N.A., EXPANDED MORTGAGE CREDIT; and DOES 1 TO 200, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against DEFENDANTS RECONTRUST COMPANY, COUNTRYWIDE BANK F.S.B., FORMERLY KNOWN AS COUNTRYWIDE BANK, N.A., ERRONEOUSLY SUED AS COUNTRYWIDE HOME LOANS, INC., ALSO KNOWN AS

1  COUNTRYWIDE BANK, N.A. is DISMISSED WITHOUT PREJUDICE.

2  The Court orders that such judgment be entered.

3

4

5  Dated: February 18, 2009

                                  VIRGINIA A. PHILLIPS

6                   United States District Judge